UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:18-CV-00031-EBA

DAVID LYNN SHORTRIDGE                                                                                           PLAINTIFF,

V.                                                                   **JUDGMENT**

NANCY A. BERRYHILL, *in her
official capacity as the Acting
Commissioner of the Social
Security Administration,*                                                                                             DEFENDANT.

*** *** *** ***

In accordance with this Court's opinion entered on this date, this Court **HEREBY**

**ORDERS AND ADJUDGES** as follows:

1. The Administrative Decision is **REVERSED**;

2. Pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for additional administrative proceedings;

3. The above-styled action is **STRICKEN** from this Court's active docket; and

4. This judgment constitutes a **FINAL** and **APPEALABLE** order.

This the 10th day of October, 2018

